UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20857-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

STIC HOLDINGS, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, STIC HOLDINGS, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on May 12, 2025.

| | |
|---|---|
| */s/ Ramon J. Diego* | By: */s/ Gabriel Sanchez* |
| RAMON J. DIEGO | GABRIEL SANCHEZ |
| Florida Bar No. 689203 | Florida Bar No.: 1048898 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |
| 5001 SW 74th Court, Suite 103 | 9300 S. Dadeland Blvd., 4th Floor |
| Miami, FL, 33155 | Miami, FL 33156 |
| Telephone: (305) 553-3464 | Telephone: (305) 670-1101 |
| Primary Email: rdiego@lawgmp.com | Emails: |
| Secondary Email: ramon@rjdiegolaw.com | rclyne.pleadings@qpwblaw.com |
| *Counsel for Plaintiff* | reginald.clyne@qpwblaw.com |
| | gabriel.sanchez@qpwblaw.com |
| | bianca.oreck@qpwblaw.com |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 12, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: */s/_Ramon J. Diego_____*
    RAMON J. DIEGO